**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRENDA MARIA MORENO DE CASTRO,

Defendant.

**CASE NO.: 2:26-cr-00167-CDS-EJY-2**

**ORDER**

Based upon the Stipulation of the Parties and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Arraignment and Plea Hearing in the instant matter be continued from August 21, 2026, at 11:00 a.m. to the 26th day of August, 2026 at the hour of 11:00, a .m. in Courtroom 3C.

**IT IS SO ORDERED.**

HONORABLE BRENDA WEKSLER
UNITED STATES DISTRICT MAGISTRATE JUDGE